FILED

2003 DEC 16  P 12: 33

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NANCY ORR, NEVA LLOYD, PATRICIA KATZ, MAGGIE GOMEZ, DEBRA SHOLES, DEVIJI WILKINS, SHARON THOMAS and IDA TERRY, Plaintiffs, | CIVIL ACTION NO. 3:02CV1368(AHN)(HBF) |
| VS. | |
| STATE OF CONNECTICUT, DEPARTMENT OF CORRECTIONS; JOHN ARMSTRONG, COMMISSIONER OF THE DEPARTMENT OF CORRECTIONS; DONALD KRUK, DIRECTOR OF AFFIRMATIVE ACTION, DEPARTMENT OF CORRECTIONS; WARDEN BRIAN MURPHY; WARDEN LARRY MYERS; WARDEN MARK STRANGE; MAJOR CHARLES LEE; MAJOR RICHARD MATOS; MAJOR MICHAEL LAJOIE; MAJOR THOMAS COATES; MAJOR NEAL KEARNEY, CAPTAIN MARC ALDERUCCI, CAPTAIN MATTHEW REGAN, LIEUTENANT STEPHEN PEARSON and LIEUTENANT JOSEPH CASEY Defendants. | DECEMBER 9, 2003 |

## MOTION TO WITHDRAW

Pursuant to Federal Rules of Civil Procedure, the Plaintiffs respectfully move to withdraw their Complaint as to the Defendant, Lieutenant Joseph Casey, only, without prejudice, in the above mentioned matter.

                                                  RESPECTFULLY SUBMITTED,
PLAINTIFFS, NANCY ORR, NEVA
LLOYD, PATRICIA KATZ,
MAGGIE GOMEZ, DEBRA SHOLES
and DEVIJI WILKINS

BY _/s/ M. Holmes_____
Michelle Holmes
Federal Bar Number: ct20014
Sack, Spector & Karsten
836 Farmington Avenue
West Hartford, CT  06119
(860) 233-8251
mholmes@sackspec.com
Their Attorney

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on this 9th day of December, 2003, to the following counsel of record:

Margaret Q. Chapple, Esquire
Assistant Attorney General
Attorney General's Office
55 Elm Street, Box 120
Hartford, CT  06141-0120

Jane B. Emons, Esquire
Assistant Attorney General
Attorney General's Office
55 Elm Street, Box 120
Hartford, CT  06141-0120

Terrence M. O'Neill, Esquire
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, CT  06105-2294

Kathleen Eldergill, Esquire
Beck & Eldergill, P.C.
447 Center Street
Manchester, CT  06040

_____
Michelle Holmes