FILED

2003 DEC 18 P 12: 33

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

NANCY ORR, ET AL.,                :   CIVIL ACTION NO. 3:02CV1368(AHN)
                                  :
*Plaintiff*                       :
                                  :
STATE OF CONNECTICUT,             :
DEPARTMENT OF                     :
CORRECTIONS, ET AL.,              :
*Defendant*                       :   DECEMBER 12, 2003

## STIPULATED PROTECIVE ORDER

**IT IS HEREBY STIPULATED AND AGREED** by the undersigned counsel of record in the above-referenced matter that this Joint Protective Order ("Order") shall govern the disclosure of all discovery information during and after this litigation. The terms of this order are as follows:

1.  Pursuant to this Stipulation and Protective Order, all documents and information that the parties believe disclose the identity of, and private and confidential information about, themselves or other persons shall be considered confidential and shall not be further disclosed except as provided herein. Upon a party's designation that a document or information is covered by this protective order, the opposing party may seek review with the court to determine the propriety of the designation.

2.  This order does not apply to: (a) information or documents obtained by or on behalf of the plaintiffs through means other than formal or informal discovery requests in

this action; (b) information or documents disclosed with the permission of the person whose identity is revealed by the disclosure; (c) information or documents ordered to be disclosed by a court of competent jurisdiction.

3. For the purpose of this Protective Order, and to further the litigation of this matter, the use of documents and information that can reasonably be expected to disclose the identity of, and private and confidential information about, another person shall consist of and be limited to disclosure to:

   a. Counsel of record for the named plaintiffs in this action;
   b. Counsel of record for the named defendants in this action;
   c. The paralegal, clerical and secretarial staffs employed by counsel referenced in sections a and b above;
   d. Experts, investigators, and consultants retained by counsel in connection with this action;
   e. The Court presiding over this action; and
   f. Any court reporter present in his or her official capacity at any hearing, deposition or other proceeding in this action.

4. Any person to whom the documents, copies thereof, or the contents of information contained therein are to be disclosed subject to this Protective Order shall be informed of the contents of the Protective Order prior to said disclosure and shall agree in writing to be bound by its terms.

5. Documents produced during the course of informal discovery prior to the date of execution of this stipulation shall be subject to this order and labeled accordingly.

6. Any party may seek a modification of this protective order by the court based upon a showing of good cause that the modification is necessary to further pending court

2

SACK, SPECTOR AND KARSTEN, LLP • ATTORNEYS AT LAW
836 FARMINGTON AVE., SUITE 221•WEST HARTFORD, CT 06119-1544•(860) 233-8251•JURIS NO. 52776

proceedings only. In the event such a motion is made, the identity of any person to whom disclosure of information is sought shall be included within the motion, along with the reasons or reasons that disclosure of protected information is necessary to advance the litigation. Such disclosure of identity may be made to the court *in camera*.

7.   Upon the completion of this litigation, whether by settlement or by verdict the parties agree to either return all documents deemed confidential or to destroy them.

PLAINTIFFS,

NANCY ORR, ET AL.,

DEFENDANTS,

STATE OF CONNECTICUT,
DEPARTMENT OF
CORRECTIONS, ET AL.,

BY: *Michelle Holmes* ct 20014
Michelle Holmes, Esq.
Sack, Spector & Karsten
836 Farmington Avenue, Suite 221
West Hartford, CT 06119

BY: *Jane B. Emons*
Jane B. Emons
Assistant Attorney General
55 Elm Street - P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5385
Federal Bar No. Ct. 16515
Email: jane.emons@po.state.ct.us

3

**SACK, SPECTOR AND KARSTEN, LLP** • *ATTORNEYS AT LAW*
836 FARMINGTON AVE., SUITE 221•WEST HARTFORD, CT 06119-1544•(860) 233-8251•JURIS NO. 52776

## CERTIFICATION

I hereby certify that a copy of the foregoing Stipulated Protective Order was mailed this 16th day of December, 2003, first class postage prepaid, to:

> Michelle Holmes
> Sack, Spector & Karsten
> 836 Farmington Avenue, Suite 221
> West Hartford, CT 06119
>
> Kathleen Eldergill, Esq.
> Beck & Eldergill, P.C.
> 447 Center Street
> Manchester, CT 06040

Jane B. Emons
Assistant Attorney General