FILED

2003 DEC 16 P 12: 33

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NANCY ORR, NEVA LLOYD, | : | CIVIL ACTION NO. |
| PATRICIA KATZ, MAGGIE GOMEZ, | : | 3:02CV1368(AHN)(HBF) |
| DEBRA SHOLES, DEVIJI WILKINS, | : | |
| SHARON THOMAS and IDA TERRY, | : | |
|     Plaintiffs, | : | |
| | : | |
| VS. | : | |
| | : | |
| STATE OF CONNECTICUT, DEPARTMENT OF | : | |
| CORRECTIONS; JOHN ARMSTRONG, | : | |
| COMMISSIONER OF THE DEPARTMENT OF | : | |
| CORRECTIONS; DONALD KRUK, DIRECTOR | : | |
| OF AFFIRMATIVE ACTION, DEPARTMENT | : | |
| OF CORRECTIONS; WARDEN BRIAN | : | |
| MURPHY; WARDEN LARRY MYERS; | : | |
| WARDEN MARK STRANGE; MAJOR CHARLES | : | |
| LEE; MAJOR RICHARD MATOS; MAJOR | : | |
| MICHAEL LAJOIE; MAJOR THOMAS COATES | : | |
| MAJOR NEAL KEARNEY, CAPTAIN MARC | : | |
| ALDERUCCI, CAPTAIN MATTHEW REGAN, | : | |
| LIEUTENANT STEPHEN PEARSON and | : | |
| LIEUTENANT JOSEPH CASEY | : | DECEMBER 9, 2003 |
|     Defendants. | : | |

## MOTION TO WITHDRAW

Pursuant to Federal Rules of Civil Procedure, the Plaintiffs
respectfully move to withdraw their Complaint as to the
Defendant, Lieutenant Joseph Casey, only, without prejudice, in
the above mentioned matter.

**SACK, SPECTOR AND KARSTEN, LLP** • *ATTORNEYS AT LAW*
836 FARMINGTON AVE., SUITE 221 • WEST HARTFORD, CT 06119-1544 • (860) 233-8251 • JURIS NO. 52776

Motion GRANTED. It is SO ORDERED.
HOLLY B. FITZSIMMONS, U.S.M.J.

02-1368 mot