FILED

2003 SEP 22 P 1: 11

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NANCY ORR, NEVA LLOYD, DOREEN EVANS, PARTICIA KATZ, MAGGIE GOMEZ, DEBRA SHOLES, DEVIJI WILKINS<br>Plaintiffs | CIVIL ACTION NO.<br>3:02CV1368(AHN) |
| VS. | |
| STATE OF CONNECTICUT DEPARTMENT OF CORRECTION, et al<br>Defendants | SEPTEMBER 18, 2003 |

## MOTION FOR A MORE DEFINITE STATEMENT

Pursuant to Rule 12(e) of the Federal Rules of Civil Procedure, the Defendant Lieutenant Joseph Casey hereby moves for a more definite statement of the Plaintiff's claims prior to interposing a responsive pleading. In support of this motion, Defendant Casey states:

1. Plaintiffs' Sixth Amended Complaint ("Complaint") identifies Lieutenant Joseph Casey as a defendant in this action and specifically references him by name in Section III, "Parties" at paragraph 6 and Section IV," Facts", "As to the Plaintiff Neva Lloyd" at paragraph 4.  (See pages 4 and 10 of the Complaint.)

2. Numerous allegations of general wrongdoing are made elsewhere in the Complaint against "Defendants," "various Defendants", "co-workers", "supervisors" without indicating whether said designation includes the Defendant Casey. (See, e.g., page 7 at paras. 8 and 9, page 10-11 at para. 7, page 12-13 at para. 12, page 14 at para. 7, page 15

LAW OFFICES
BECK AND ELDERGILL, P.C.
447 CENTER STREET • MANCHESTER, CT 06040 • (860)646-5606 • JURIS No. 02702