FILED

2004 FEB 24  P 12: 47

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NANCY ORR, NEVA LLOYD, DOREEN EVANS, PARTICIA KATZ, MAGGIE GOMEZ, DEBRA SHOLES, DEVIJI WILKINS<br>    Plaintiffs | : : : : | CIVIL ACTION NO.<br>3:02CV1368(AHN) |
| VS. | : : | |
| STATE OF CONNECTICUT DEPARTMENT OF CORRECTION, ET AL.<br>    Defendants | : : : | FEBRUARY 23, 2004 |

## MOTION TO STRIKE COMPLAINT

The Defendant, Joseph Casey, hereby moves this Court to enter an order striking the complaint insofar as it purports to asserts claims against him. In support of this motion, the Defendant states:

1) On January 29, 2004, this Court entered an order granting Plaintiff's motion for more definite statement dated September 18, 2003. (Fitzsimmons, J.)

2) More than ten business days have passed, and Plaintiff has failed to comply with the court's order.

3) Although Plaintiff has, since Defendant Casey filed his motion for more definite statement, filed a "motion to withdraw" her claims against him without prejudice, no action has been taken by this Court on that motion.

4) This Court should strike Plaintiff's complaint, insofar as it purports to set forth claims against Defendant Casey, so that he will no longer incur needless inconvenience and expense by virtue of his participation in this case.

5) In the interests of justice, Defendant Casey's motion to strike should be granted.

DEFENDANT,
LIEUTENANT JOSEPH CASEY

By_____
Kathleen Eldergill
Federal Bar No. ct00024
Beck & Eldergill, P.C.
447 Center Street
Manchester, CT 06040
(860) 646-5606

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was mailed on this 23rd day of February, 2004 to:

Michelle Holmes, Esq.
Sack, Spector & Karsten
836 Farmington Avenue, Suite 221
West Hartford, CT 06119

Terrence M. O'Neill, AAG
MacKenzie Hall
110 Sherman Street
Hartford, CT 06105-2294

Margaret Q. Chapple, AAG
Jane B. Emons, AAG
Office of the Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

_____
Kathleen Eldergill  Casey.Orr\MoStr02-04.pld