FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 FEB 27 A 9: 09

NANCY ORR, ET AL.          :
                           :
                           :
     v.                    :   CIV. NO. 3:02CV1368 (AHN)
                           :
STATE OF CONNECTICUT,      :
DEPARTMENT OF CORRECTION,  :
ET AL.                     :

ENDORSEMENT RULING

Defendants' Motion to Dismiss **[Doc. # 44]** and plaintiffs' Motion for Entry of Default **[Doc. #51]** are **DENIED** as moot in light of subsequent filings and with the consent of the parties.

SO ORDERED at Bridgeport this 26th day of February 2004.

ALAN H. NEVAS
UNITED STATES DISTRICT COURT JUDGE