FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 FEB 27 P 4: 41

US DISTRICT COURT
BRIDGEPORT CT

NANCY ORR, ET AL.                    :
                                     :
                                     :
        v.                           :    CIV. NO. 3:02CV1368 (AHN)
                                     :
STATE OF CONNECTICUT,                :
DEPARTMENT OF CORRECTION,            :
ET AL.                               :


ENDORSEMENT RULING

Defendant Josesph Casey's Motion to Strike Complaint **[Doc. #**
**62]** is **DENIED** as **MOOT** in light the granting of plaintiff's motion
to withdrawal the complaint against Mr. Casey on January 23,
1004. See Doc. #59.


SO ORDERED at Bridgeport this 27th day of February 2004.



HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE