```
                                                    FILED

                                                2004 MAR 19  P 1: 38

          UNITED STATES DISTRICT COURT          U.S. DISTRICT COURT
              DISTRICT OF CONNECTICUT           BRIDGEPORT, CONN
```

| | | |
|---|---|---|
| NANCY ORR, NEVA LLOYD, DOREEN EVANS, PATRICIA KATZ, MAGGIE GOMEZ, DEBRA SHOLES, DEVIJI WILKINS<br>　　Plaintiffs | : : : : : | CIVIL ACTION NO.<br>3:02CV1368(AHN) |
| VS. | : : | |
| STATE OF CONNECTICUT DEPARTMENT OF CORRECTION et al.<br>　　Defendants | : : : | MARCH 17, 2004 |

### MOTION FOR JUDGMENT

Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Defendant Joseph Casey hereby moves that this Court enter final judgment in his favor.

In support of this motion, Defendant Casey states:

1) On September 18, 2003 Defendant Casey filed a motion for more definite statement addressed to the portion of Plaintiff's complaint directed against him.

2) In response to said motion, Plaintiff's counsel filed motion to withdraw this complaint against Defendant Joseph Casey.

3) Plaintiff's motion to withdraw the complaint against Defendant Casey was granted on January 12, 2004.  (See attached).

4) Based on this decision, no remaining claims are asserted against Joseph Casey in this action.

5) The interest sof justice favor entry of a final judgment in favor of the Defendant Casey, as this is no just reason for delay in this case.

WHEREFORE, Defendant Joseph Casey moves this Court to enter a judgment in his favor.

DEFENDANT,
LIEUTENANT JOSEPH CASEY

By _____
Kathleen Eldergill
Federal Bar No. ct00024
Beck & Eldergill, P.C.
447 Center Street
Manchester, CT 06040
(860) 646-5606

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was mailed on this 17th day of March, 2004 to:

Michelle Holmes, Esq.
Sack, Spector & Karsten
836 Farmington Avenue, Suite 221
West Hartford, CT 06119

Terrence M. O'Neill, AAG
MacKenzie Hall
110 Sherman Street
Hartford, CT 06105-2294

Margaret Q. Chapple, AAG
Jane B. Emons, AAG
Office of the Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT   06141-0120

_____
Kathleen Eldergill  Casey.Orr\MoJdgmt03-04.pld