FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 JUN -2 P 2: 41

U.S. DISTRICT COURT
BRIDGEPORT, CONN

NANCY ORR, ET AL.         :
                          :
                          :
    v.                    :    CIV. NO. 3:02CV1368 (AHN)
                          :
STATE OF CONNECTICUT,     :
DEPARTMENT OF CORRECTION, :
ET AL.                    :

### ENDORSEMENT RULING

Defendant Joseph Casey's Motion for Judgment **[Doc. #65]** is **GRANTED** absent objection and in light of the granting of plaintiff's motion to withdraw the complaint against Mr. Casey on January 23, 2004. [Doc. #39].

The clerk of the court shall enter judgment in favor of defendant Casey.

SO ORDERED at Bridgeport this 1st day of June 2004.

HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE