UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JUN 25 P 2: 58
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| NANCY ORR, ET AL. | : |
| | : |
| v. | : CIV. NO. 3:02CV1368 (AHN) |
| | : |
| STATE OF CONNECTICUT, DEPARTMENT OF CORRECTION, ET AL. | : |

ENDORSEMENT RULING

Defendant Joseph Casey's Motion for Judgment **[Doc. #65]** is **GRANTED** absent objection and in light of the granting of plaintiff's motion to withdraw the complaint against Mr. Casey on January 23, 2004. [Doc. #39].

There is no just reason for delay of entry of judgment for defendant Casey.

SO ORDERED at Bridgeport this 24th day of June 2004.

_____
ALAN H. NEVAS
UNITED STATES DISTRICT JUDGE