UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

NANCY ORR, NEVA LLOYD,
PATRICIA KATZ, MAGGIE GOMEZ,
DEBRA SHOLES, DEVIJI WILKINS,
SHARON THOMAS and IDA TERRY

      v.                     3:02CV1368 AHN

BRIAN MURPHY, LARRY MEYERS,
MARK STRANGE, CHARLES LEE,
RICHARD MATOS, MICHAEL LAJOIE,
THOMAS COATES, NEAL KEARNEY,
STATE OF CONNECTICUT, DEPARTMENT
OF CORRECTIONS, DONALD KRUK,
JOHN J. ARMSTRONG, MARC ALDERUCCI,
LT. STEPHEN, CAPT. MATTHEW, LT. JOSEPH CASEY

## PARTIAL JUDGMENT

This matter came on before the Honorable Alan H. Nevas, Senior United States District Judge as a result of defendant Joseph Casey's motion for judgment.

After reviewing the papers submitted in connection with the motion, the Court granted the motion in an endorsement on June 25, 2004 and found no reason for delay of entry of judgment.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for defendant Joseph Casey, only.

Dated at Bridgeport, Connecticut, this 2nd day of July, 2004.

                          KEVIN F. ROWE, Clerk

                          By    /s/Chrystine W. Cody
                                Chrystine W. Cody
                                Deputy-in-Charge

Entered on Docket_____