UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NANCY ORR, ET ALS | : | CIVIL ACTION NO. |
| Plaintiffs, | : | 3:02CV01368 (AHN) |
| | : | |
| v. | : | |
| | : | |
| CONNECTICUT, ET ALS. | : | |
| Defendants. | : | OCTOBER 29, 2004 |

# APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my *in-lieu of* **Appearance** as counsel in this case for the plaintiff, **NANCY ORR**, only.

DATED:   OCTOBER 29, 2004

_____
DIANE POLAN
Law Offices of Attorney Diane Polan, LLC
129 Church Street, Suite 802
New Haven, CT 06510
Telephone: 203-865-5000
Facsimile: 203-865-2177
Federal Bar No. ct00223

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent via first class mail, postage prepaid, and via facsimile, this 29th day of October, 2004, to the following parties and counsel of record:

Attorney Margaret Q. Chapple
Attorney General's Office
Employment Rights
55 Elm Street
PO Box 120
Hartford, CT 06141-0120

Attorney Nicole D. Dorman
Sack, Spector & Karsten
836 Farmington Avenue
West Hartford, CT 06119-1544

Attorney Kathleen Eldergill
Beck & Eldergill
447 Center Street
Manchester, CT 06040

Attorney Jane B. Emons
Attorney General's Office
Employment Rights
55 Elm Street
PO Box 120
Hartford, CT 06141-0120

Jonathan L. Gould, Esquire
214 Main Street
Hartford, CT 06106

Attorney Michelle N. Holmes
Sack, Spector & Karsten
836 Farmington Avenue
West Hartford, CT 06119-1544

Scott M. Karsten, Esquire
Sack, Spector & Karsten
836 Farmington Avenue
West Hartford, CT 06119-1544

Terrance M. O'Neill, Esquire
Attorney General's Office
110 Sherman Street
Hartford, CT 06105

Gerals S. Sack, Esquire
Sack, Spector & Karsten
836 Farmington Avenue
West Hartford, CT 06119-1544

_____
DIANE POLAN