```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT


NANCY ORR, ET AL.                  :
                                   :
                                   :
     v.                            :   CIV. NO. 3:02CV1368 (AHN)
                                   :
STATE OF CONNECTICUT,              :
DEPARTMENT OF CORRECTION,          :
ET AL.                             :
```

SCHEDULING ORDER

A conference call was held on November 3, 1004, to discuss entry of final discovery deadlines.  After discussion, and with agreement of counsel, the following schedule was set.

Plaintiffs will produce all written discovery by November 30, 2003.

Defendants will produce phase one of the scanned written discovery on or before November 24, 2004, and will produce the phase two documents by December 24, 2004, subject to reconsideration if the scanning company cannot meet these deadlines.

Defendants will complete all fact depositions by January 31, 2005 and depose plaintiffs' expert by February 15, 2005. Defendants will disclose their expert by March 15, 2005. Plaintiff will depose defendants' expert by April 15, 2005.

Plaintiffs will complete all fact depositions by February 28, 2005.

Motions to Sever and <u>Daubert</u> motions will be filed on or before May 16, 2005.

Dispositive motions are due on or before May 16, 2005.

This case will be trial ready by July 1, 2005.

SO ORDERED at Bridgeport this 9th day of November 2005.

```
        /s/
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE
```