UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NANCY ORR, et al, | : | CIVIL NO. 3:02CV1368(AHN)(HBF) |
| *Plaintiff* | : | |
| | : | |
| JOHN J. ARMSTRONG. et al, | : | |
| *Defendant* | : | NOVEMBER 29, 2004 |

## MOTION TO MODIFY SCHEDULING ORDER

The parties in the above-referenced civil action hereby move the Court to modify the scheduling order entered by the Court on November 9, 2004 by extending the date by which the defendants will produce scanned written discovery until January 11, 2004. This modification is requested because the parties have agreed to attend a settlement conference with Magistrate Judge William I. Garfinkel on December 21, 2004 and the parties wish to postpone the production of the scanned written discovery until after that date in an attempt to avoid unnecessarily undertaking the expense of producing the scanned written discovery.

The parties further request that the remaining dates set forth in the Scheduling Order remain in effect.

The undersigned counsel for the defendants is authorized to represent that the plaintiffs' attorney, Michelle Holmes, joins in this motion and consents to the modification of the scheduling order. The defendants have made no previous requests to modify this scheduling order.

          DEFENDANTS

          RICHARD BLUMENTHAL
          ATTORNEY GENERAL

By:   _____
      Margaret Q. Chapple
      Assistant Attorney General
      55 Elm Street
      Hartford, CT  06106
      Tel:  (860) 808-5340
      Federal Bar No. ct05550
Email: margaret.chapple@PO.STATE.CT.US

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed, postage prepaid, this 29th day of November, 2004, to the following:

Michelle Holmes
Sack, Spector & Karsten
836 Farmington Avenue, Suite 221
West Hartford, CT 06119

      _____
      Margaret Q. Chapple
      Assistant Attorney General

Case 3:02-cv-01368-AHN   Document 75   Filed 11/30/2004   Page 3 of 3