UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NANCY ORR, ET AL., : NO.: 3:02CV1368(AHN)
    Plaintiffs,

vs.

STATE OF CONNECTICUT, ET AL., : MAY 9, 2005
    Defendants.

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 7(e), the undersigned respectfully move for leave of Court to withdraw their appearance in this matter.

Michelle C. Holmes, among other counsel, has an appearance on behalf of the plaintiffs.

Accordingly, the undersigned respectfully request that their Motion to Withdraw Appearance be granted.

PLAINTIFFS,

BY _____
Scott M. Karsten
Federal Bar No.: ct05277
Karsten & Dorman, LLC
29 South Main Street
West Hartford, CT 06107
Telephone (860)521-4800
Telecopier (860)521-7500
skarsten@karstendorman.com

BY _____
Nicole D. Dorman
Federal Bar No.: ct07030
Karsten & Dorman, LLC

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 9th day of May, 2005, to the following counsel of record:

| | |
|---|---|
| Diane Polan, Esquire<br>129 Church Street, Suite 802<br>New Haven, CT 06510 | Margaret Q. Chapple<br>Assistant Attorney General<br>55 Elm Street, P. O. Box 120<br>Hartford, CT 06141-0120 |
| Kathleen Eldergill, Esquire<br>Beck & Eldergill<br>447 Center Street<br>Manchester, CT 06040 | Jane B. Emons, Esquire<br>Assistant Attorney General<br>55 Elm Street, P. O. Box 120<br>Hartford, CT 06141-0120 |
| Jonathan L. Gould, Esquire<br>214 Main Street<br>Hartford, CT 06106 | Terrance M. O'Neill, Esquire<br>Assistant Attorney General<br>110 Sherman Street<br>Hartford, CT 06105 |
| Gerald S. Sack, Esquire<br>836 Farmington Avenue<br>West Hartford, CT 06119 | Michelle Holmes, Esquire<br>Noble, Spector, Young & O'Connor<br>One Congress Street<br>Hartford, CT 06114 |

_Nicole D. Dorman_
Nicole D. Dorman