UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NANCY ORR, ET AL., : NO.: 3:02CV1368(AHN)
    Plaintiffs,

vs.

STATE OF CONNECTICUT, ET AL., : MAY 9, 2005
    Defendants.

### NOTICE OF MANUAL FILING

Please take notice that defendants have manually filed the following document:

### MOTION TO WITHDRAW APPEARANCE

This document has not been filed electronically because:

The document cannot be converted to an electronic format.

                                PLAINTIFFS,

                                BY /s/ Nicole D. Dorman
                                Nicole D. Dorman
                                Federal Bar No.: ct07030
                                Karsten & Dorman, LLC
                                29 South Main Street
                                West Hartford, CT 06107
                                Telephone (860)521-4800
                                Telecopier (860)521-7500
                                ndorman@karstendorman.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 9th day of May, 2005, to the following counsel of record:

| | |
|---|---|
| Diane Polan, Esquire<br>129 Church Street, Suite 802<br>New Haven, CT 06510 | Margaret Q. Chapple<br>Assistant Attorney General<br>55 Elm Street, P. O. Box 120<br>Hartford, CT 06141-0120 |
| Kathleen Eldergill, Esquire<br>Beck & Eldergill<br>447 Center Street<br>Manchester, CT 06040 | Jane B. Emons, Esquire<br>Assistant Attorney General<br>55 Elm Street, P. O. Box 120<br>Hartford, CT 06141-0120 |
| Jonathan L. Gould, Esquire<br>214 Main Street<br>Hartford, CT 06106 | Terrance M. O'Neill, Esquire<br>Assistant Attorney General<br>110 Sherman Street<br>Hartford, CT 06105 |
| Gerald S. Sack, Esquire<br>836 Farmington Avenue<br>West Hartford, CT 06119 | Michelle Holmes, Esquire<br>Noble, Spector, Young & O'Connor<br>One Congress Street<br>Hartford, CT 06114 |

_____
Nicole D. Dorman