FILED

2005 JUN 13 A II: 52

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NANCY ORR, NEVA LLOYD, PATRICIA KATZ, MAGGIE GOMEZ, DEBRA SHOLES, DEVIJI WILKINS, SHARON THOMAS and IDA TERRY,     Plaintiffs, | CIVIL ACTION NO. 3:02CV1368(AHN)(HBF) |
| VS. | |
| STATE OF CONNECTICUT, DEPARTMENT OF CORRECTIONS; JOHN ARMSTRONG, COMMISSIONER OF THE DEPARTMENT OF CORRECTIONS; DONALD KRUK, DIRECTOR OF AFFIRMATIVE ACTION, DEPARTMENT OF CORRECTIONS; WARDEN BRIAN MURPHY; WARDEN LARRY MYERS; WARDEN MARK STRANGE; MAJOR CHARLES LEE; MAJOR RICHARD MATOS; MAJOR MICHAEL LAJOIE; MAJOR THOMAS COATES; MAJOR NEAL KEARNEY, CAPTAIN MARC ALDERUCCI, CAPTAIN MATTHEW REGAN, LIEUTENANT STEPHEN PEARSON and LIEUTENANT JOSEPH CASEY     Defendants. | JUNE 2, 2005 |

**MOTION TO WITHDRAW**

The undersigned moves to withdraw his appearance on behalf of plaintiffs NEVA LLOYD, PATRICIA KATZ, MAGGIE GOMEZ, SHARON THOMAS, IDA TERRY, DEBRA SHOLES and DEVIJI WILKINS. Attorney Elliot Spector and Attorney Michelle Holmes, among others, will continue in their representation of these plaintiffs. The

undersigned is no longer affiliated with Attorneys Spector and Holmes, who have been primarily responsible for the prosecution of these claims.

By _____
Gerald S. Sack
Juris No. ct05279
Law Offices of Gerald S. Sack LLC
836 Farmington Avenue, Suite 220
West Hartford, CT   06119
(860) 236-7225
gssack@sacklawoffice.com

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on this 3rd day of June, 2005, to the following counsel of record:

Margaret Q. Chapple, Esquire
Assistant Attorney General
Attorney General's Office
55 Elm Street, Box 120
Hartford, CT  06141-0120

Terrence M. O'Neill, Esquire
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, CT  06105-2294

Elliot B. Spector, Esquire
Attorney Michelle Holmes
Noble, Spector, Young & O'Connor
1 Congress Street
Hartford, CT  06114

_____
Gerald S. Sack