```
                                                    FILED

                                                    2005 AUG 15  P 12: 47

                                                    U.S. DISTRICT COURT
              UNITED STATES DISTRICT COURT          BRIDGEPORT, CONN
                   DISTRICT OF CONNECTICUT
```

| | |
|---|---|
| NEVA LLOYD, PATRICIA KATZ<br>MAGGIE GOMEZ, DEBRA SHOLES<br>DEVIJI WILKINS, SHARON<br>THOMAS and IDA TERRY,<br>   Plaintiffs, | CIVIL ACTION NO.<br>3:02CV1368(AHN)(HBF) |
| VS. | |
| STATE OF CONNECTICUT, DEPARTMENT OF<br>CORRECTIONS, et al.<br>   Defendants. | AUGUST 11, 2005 |

## MOTION FOR MODIFICATION OF SCHEDULING ORDER

Plaintiffs Neva Lloyd, Maggie Gomez, Ida Terry, Sharon Thomas, Debra Sholes, Patricia Katz and Deviji Wilkins respectfully move this Court for an order modifying the scheduling order from the deadlines entered on November 9, 2004. Good cause exists for this modification because the parties have been involved in settlement discussions but cannot resolve these cases at this time. While plaintiffs are always willing to discuss settlement, any further delay of the substantive proceedings will cause undue harm and unjust delay.

Defendants were previously ordered to produce all scanned written discovery no later than January 11, 2004. This date was an extension of the deadline set for April 15, 2005. All deadlines were then put on hold for the purpose of settlement discussions with Magistrate Garfinkle. Plaintiffs now request that defendants be required to produce all scanned discovery no later than two weeks from the date that Court enters an order with respect to this motion. The

deadline for completing depositions in this case would be one month from the completion of written discovery with dispositive motions being due one month from the completion of all discovery.

The undersigned has not ascertained the defendants' position on this motion.

WHEREFORE, plaintiffs respectfully request this motion be granted.

<div style="margin-left:50%">

PLAINTIFFS, NEVA LLOYD, PATRICIA KATZ, MAGGIE GOMEZ, DEBRA SHOLES, DEVIJI WILKINS, SHARON THOMAS AND IDA TERRY

By: *Michelle Holmes*
Michelle Holmes
Federal Bar Number: ct20014
Law Office of Michelle N. Holmes
67 Holmes Avenue
Waterbury, CT  06702
(203) 596-1091
(203) 596-1093 (fax)
mholmes@mholmeslaw.com
Their Attorney

</div>

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed on this 11th day of August, 2005, to the following counsel of record:

Margaret Q. Chapple, Esquire
Assistant Attorney General
Attorney General's Office
55 Elm Street, Box 120
Hartford, CT 06141-0120

Jane B. Emons, Esquire
Assistant Attorney General
Attorney General's Office
55 Elm Street, Box 120
Hartford, CT 06141-0120

Terrence M. O'Neill, Esquire
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, CT 06105-2294

*Michelle Holmes*
Michelle Holmes