UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NANCY ORR, ET AL. | : |
| | : |
| v. | : CIV. NO. 3:02CV1368 (AHN) |
| | : |
| STATE OF CONNECTICUT, | : |
| DEPARTMENT OF CORRECTION, | : |
| ET AL. | : |

RULING ON MOTION FOR MODIFICATION OF SCHEDULING ORDER

A conference was held on Tuesday, September 27, 2005, to schedule the completion of discovery.[1]  After discussion, and with the agreement of counsel, the following schedule was set.

**Plaintiffs' Requests for Production**:

At the conference, the defendants did not object to plaintiffs' document requests as unreasonable.  Rather, defendants sought time, to Tuesday, October 18, 2005, to formulate a schedule for scanning or otherwise producing the documents responsive to plaintiffs' requests for production, including a determination of cost. Defendants' production will be made in a form complying with the Federal Rules of Civil Procedure, and on a schedule to be set by the Court after receipt of the defendants' proposal.

---

[1] This scheduling order pertains to plaintiffs Neva Lloyd, Patricia Katz, Maggie Gomez, Debra Sholes, Deviji Wilkens, Sharon Thomas and Ida Kerry, all of whom are represented by Attorney Michelle Holmes.  Plaintiff Nancy Orr is represented by Attorney Diane Polan and is not subject to this order.

**Plaintiffs' Compliance with Defendants' Discovery**:

On or before Tuesday, October 18, 2005, defendants will review plaintiffs' compliance with defendants' discovery and list any outstanding discovery that has not been provided.

**Completion of Written Discovery**:

Unless a later date is set, based on input from the parties, all written discovery will be completed by Friday, November 25, 2005.

**Depositions**:

Counsel will cooperate in developing a deposition schedule under which all depositions will be completed by Tuesday, January 31, 2006. The Court will hear counsel if issues arise about the reasonableness of the parties' respective positions on depositions.

**Conference**:

A discovery conference will be held on Friday, October 21, 2005, at 11:00 AM. On or before Tuesday, October 18, 2005, the parties will exchange preliminary lists of the people they seek to depose. The parties will confer with the witnesses in advance of the conference to determine their availability in October, November, December and January.

**Motions to Sever**:

The parties discussed the possibility of a stipulation on the severance of the cases.  The parties may contact the Court to facilitate further discussion on this issue.

**Settlement Discussions**:

Defendants agreed to provide plaintiffs' counsel with individual settlement offers by Wednesday, October 5, 2005.

**Motion for Modification of Scheduling Order [Doc. #86]**

Accordingly, plaintiffs' Motion for Modification of Scheduling Order **[doc. #86]** is **GRANTED** in accordance with the deadlines set forth above.

The parties may contact the Court to schedule a conference as issues arise. Any requests for extensions of time should be made in advance of the established deadlines.

SO ORDERED at Bridgeport this 3rd day of October 2005.

```
    __/s/_____
    HOLLY B. FITZSIMMONS
    UNITED STATES MAGISTRATE JUDGE
```