```
              UNITED STATES DISTRICT COURT
                DISTRICT OF CONNECTICUT


NANCY ORR, ET AL.                :
                                 :
                                 :
     v.                          :  CIV. NO. 3:02CV1368 (AHN)
                                 :
STATE OF CONNECTICUT,            :
DEPARTMENT OF CORRECTION,        :
ET AL.                           :
```

<u>SCHEDULING ORDER</u>

A discovery conference was held on the record on Friday, October 21, 2005, to discuss the completion of discovery.[1]

<u>Plaintiff's Compliance with Defendants' Discovery Requests</u>

Defendants identified two areas which they believe are still outstanding.  First, defendants seek updated medical authorizations from all of the plaintiffs. They seek authorizations for both medical and mental health treatment providers. Defendants request that the requested medical records be provided directly from the doctors.

Plaintiffs' counsel contends that she provided all available medical records to defendants. Plaintiffs' counsel did not know which, if any, plaintiff have continued treating for emotional distress since the initial production. Plaintiffs propose leaving the depositions open if defendants discover that supplementing medical documentation must be supplied, to which defendants have

---

[1] This scheduling order pertains to plaintiffs Neva Lloyd, Patricia Katz, Maggie Gomez, Debra Sholes, Deviji Wilkens, Sharon Thomas and Ida Kerry, all of whom are represented by Attorney Michelle Holmes.  Plaintiff Nancy Orr is represented by Attorney Diane Polan and is not subject to this order.

initially agreed.

Second, defendants request a specific list of each oral and written complaint made by plaintiffs. They object to references to the complaint or "documents already in the possession of defendants." Defendants are concerned that they do not have a comprehensive list of the oral and written complaints made by plaintiffs and may be unprepared to investigate and defend the allegations. They seek more information such as the name of the person complained to, the subject of the complaint and the approximate time frame in which each complaint was made. Plaintiff's counsel agrees to provide more information for plaintiffs Katz and Gomez. On or before November 4, 2005, defendants will provide the Court with copies of plaintiffs' responses to the interrogatories along with a letter identifying the problems they have with the responses. The Court will review defendants' submission and determine if supplemental production is warranted.

### Depositions

On or before Friday, October 28, 2005, defendants will propose depositions to be taken in November and suggest dates.

### Conference

The next discovery conference is scheduled for Tuesday, November 22, 2005, at 2:00 PM.

The parties may contact the Court at any time to schedule a conference as issues arise. Any requests for extensions of time

should be made in advance of the established deadlines.

SO ORDERED at Bridgeport this 26thday of October 2005.


　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　HOLLY B. FITZSIMMONS
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE