UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NANCY ORR, ET AL. | : |
| | : |
| | : |
| v. | : CIV. NO. 3:02CV1368 (AHN) |
| | : |
| STATE OF CONNECTICUT, | : |
| DEPARTMENT OF CORRECTION, | : |
| ET AL. | : |

SCHEDULING ORDER

A discovery conference was held on January 13, 2006. This order memorializes the parties' agreements as well as the Court's ruling on pending issues.

Schedule for Production of Scanned Documents

At the conference, defendants' counsel sought time to confer with the company hired to scan the documents and agreed to report to the Court on Tuesday, January 17, 2006, regarding the schedule for producing the c.d.s. On January 23, 2006, defendants' counsel reported the following.

Defendants will provide a draft agreement addressing inadvertent disclosure to plaintiffs by the close of business on January 23, 2006.

On or before Tuesday, January 31, 2006, defendants will provide the c.d.s of the binders and the documents produced to the CHRO by the DOC during the sexual harassment investigation.

On or before Wednesday, February 15, 2006, defendants will provide the c.d.s of the documents relating to the Affirmative

1

Action and Security Division investigations, along with the CHRO complaints filed by DOC employees.

The last group of documents to be scanned, referred to as the miscellaneous category and described by defendants as a catch-all category, is represented by defendants to be quite voluminous. As part of this production, defendants will review the scanned documents to determine if they have produced all documents responsive to plaintiffs' discovery requests. Defendants' counsel will be double checking plaintiffs' requests against defendants' production. Defendants will provide a date for the completion of this final phase at the telephone conference on January 31, 2006 at 11:30 AM. Defendants are encouraged to report any delay to this production schedule in advance of the ordered deadlines.

<u>Deposition Schedule</u>

The parties will confer on a deposition schedule and report to the Court during the telephone conference on Tuesday, January 31, 2006 at 11:30 AM.

The parties will submit an agenda five (5) days prior to the next telephone conference.

SO ORDERED at Bridgeport this 24th day of January 2006

_____/s/_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE