UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NANCY ORR, ET AL. | : |
| | : |
| | : |
| v. | : CIV. NO. 3:02CV1368 (AHN) |
| | : |
| STATE OF CONNECTICUT, | : |
| DEPARTMENT OF CORRECTION, | : |
| ET AL. | : |

SCHEDULING ORDER

A telephone conference was held on April 5, 2006. This order memorializes the parties' agreements as well as the Court's ruling on pending issues.

Deposition Schedule

Depositions will be completed by August 1, 2006. Defendants' counsel agreed to provide a date for the deposition fof plaintiff's expert by the close of business April 5, 2006. On or before Friday, April 14, 2006, defendants' counsel agreed to propose dates for the depositions of all defendants.

Plaintiff's counsel agreed to resend a list of the non-party witnesses that she seeks to depose. Ten (10) days after receipt of the list, defendants counsel will inform the Court and plaintiff's counsel whether they will voluntarily produce the witnesses and, if so, propose dates for their depositions.

The Court urges the parties to confer and schedule depositions of the non-party witnesses and plaintiffs, or seek assistance from the Court at the next conference.

Conference Schedule

A discovery conference will be held in Chambers on April 21, 2006 at 4:00 PM to address written discovery that plaintiff contends remains outstanding. Plaintiff's counsel agreed to send the Court and defendants' counsel a letter outlining what production remains outstanding with sufficient time for defendants' counsel to investigate and respond.

Follow-up telephone status conferences will be held on Wednesday, May 12 at 4:00 PM and Wednesday, May 31 at 11:30 AM.

The parties are encouraged to contact the Court as issues arise so that these and other deadlines can be met.

SO ORDERED at Bridgeport this 7th day of April 2006.

_____/s/_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE