UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NANCY ORR, NEVA LLOYD, DOREEN EVANS, PATRICIA KATZ, MAGGIE GOMEZ, DEBRA SHOLES, DEVIJI WILKINS<br>    Plaintiffs<br><br>VS.<br><br>STATE OF CONNECTICUT DEPARTMENT OF CORRECTION et al.<br>    Defendants | CIVIL ACTION NO.<br>3:02CV1368(AHN)<br><br><br><br><br><br><br>MAY 12, 2006 |

## MOTION FOR PERMISSION TO WITHDRAW AS COUNSEL

The undersigned counsel, Kathleen Eldergill hereby moves that permission be granted for her to withdraw as counsel for the Defendant Lieutenant Joseph Casey. In support of this request, undersigned represents as follows:

1.  The complaint was filed on August 8, 2002 and the undersigned was retained and appeared for the Defendant Lieutenant Joseph Case on August 14, 2003.

2.  On March 17, 2004 the undersigned filed a motion for judgment asserting that there existed no claims remaining against Defendant Casey [document #65]. The court granted the motion and awarded judgment in favor of Defendant Casey on July 2, 2004. [documents #66, #67 and #68]

3.  Although the undersigned has no reason to participate further in this matter, she continues to receive electronic delivery of pleadings filed and appears as counsel of record in this case.

WHEREFORE, undersigned counsel respectfully requests that the court grant this motion to withdraw appearance.

DEFENDANT,
LIEUTENANT JOSEPH CASEY

By_____
Kathleen Eldergill
Federal Bar No. ct00024
Beck & Eldergill, P.C.
447 Center Street
Manchester, CT 06040
Tel: (860) 646-5606

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was mailed on this 12th day of May, 2006 to:

Diane Polan
Law Offices of Attorney Diane Polan, LLC
129 Church Street, Suite 802
New Haven, CT 06510

Michelle Holmes, Esq.
Sack, Spector & Karsten
836 Farmington Avenue, Suite 221
West Hartford, CT 06119

Margaret Q. Chapple, AAG
Jane B. Emons, AAG
Office of the Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

Terrence M. O'Neill, AAG
MacKenzie Hall
110 Sherman Street
Hartford, CT 06105-2294

and on that same date to the Defendant Joseph Casey via certified mail, return receipt requested.

_____
Kathleen Eldergill

Casey\case.orr\pleadings\MoWith05-06pld.wpd