UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NANCY ORR, ET AL,<br>*Plaintiffs* | CIVIL NO. 3:02CV1368(AHN)(HBF) |
| v. | |
| STATE OF CONNECTICUT,<br>DEPARTMENT OF CORRECTION,<br>ET AL<br>*Defendants* | MAY 9, 2006 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the plaintiff, Patricia Katz, and the defendants hereby stipulate to a dismissal with prejudice of the above-captioned matter as to them, without any award of attorney's fees or costs to any party.

THE PLAINTIFF
PATRICIA KATZ

Signed this 9th day of May, 2006    BY: _____
Michelle N. Holmes
Law Offices of Michelle N. Holmes
67 Holmes Avenue
Waterbury, CT 06702
Fed. Bar No. _____
Tel: (203) 596-1091
Fax: (203) 596-1093
E-mail: mholmes@mholmeslaw.com

Signed this ___ day of May, 2006    BY:

THE DEFENDANTS
STATE OF CONNECTICUT,
DEPARTMENT OF CORRECTION,
ET AL.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

Margaret Q. Chapple
Assistant Attorney General
Federal Bar No. ct05550
55 Elm Street - P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5340
Fax: (860) 808-3583
E-mail: margaret.chapple@po.state.ct.us