UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NANCY ORR, ET AL., | : | CIVIL NO. 3:02CV01368 (AHN) |
| *Plaintiffs,* | : | |
| | : | |
| STATE OF CONNECTICUT, DEPARTMENT OF CORRECTION, JOHN ARMSTRONG, DONALD KRUK, BRIAN MURPHY, LARRY MYERS, MARK STRANGE, CHARLES LEE, RICHARD MATOS, MICHAEL LAJOIE, THOMAS COATES, NEAL KEARNEY, MARK ALDERUCCI, MATTHEW REGAN, AND STEPHEN PEARSON, | : | |
| *Defendants.* | : | May 30, 2006 |

## **APPEARANCE**

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

Please enter my appearance as attorney for the defendant State of Connecticut, Department of Correction, and defendants John Armstrong, Donald Kruk, Brian Murphy, Larry Myers, Mark Strange, Charles Lee, Michael Lajoie, Thomas Coates, Mark Alderucci, Matthew Regan, and Stephen Pearson, in their **official and individual capacities**, and the defendants Richard Matos and Neal Kearney in their **official capacities only**, in addition to the appearances of Assistant Attorneys General Margaret Q. Chapple (ct05550) and Jane B. Emons (ct16515), already on file in the above-referenced matter.

**Dated at Hartford, Connecticut this 30th day of May, 2006.**

2

**DEFENDANTS**
STATE OF CONNECTICUT,
DEPARTMENT OF CORRECTION,
JOHN ARMSTRONG, DONALD KRUK,
BRIAN MURPHY, LARRY MYERS,
MARK STRANGE, CHARLES LEE,
RICHARD MATOS, MICHAEL LAJOIE,
THOMAS COATES, NEAL KEARNEY,
MARK ALDERUCCI, MATTHEW
REGAN, AND STEPHEN PEARSON

RICHARD BLUMENTHAL
ATTORNEY GENERAL

By: _____
Nancy A. Brouillet
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120
Tel:  (860) 808-5340
Fax: (860) 808-5383
Federal Bar No. Ct03138
Email:  nancy.brouillet@po.state.ct.us

2

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 30th of May, 2006, to the following:

Michelle Holmes, Esq.
Law Office of Michelle N. Holmes
67 Holmes Avenue
Waterbury, CT  06702
Tel: (203) 596-1091
Fax: (203) 596-1093

Diane Polan, Esq.
129 Church Street
Suite 802
New Haven, CT  06510

                                                                                 _____
                                                                                 Nancy A. Brouillet
                                                                                 Assistant Attorney General