## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

NANCY ORR, ET AL,           :          CIVIL NO. 3:02CV1368(AHN)(HBF)
   *Plaintiffs*                    :
                               :
                               :
v.                          :
                               :
STATE OF CONNECTICUT,       :
DEPARTMENT OF CORRECTION,   :
ET AL                       :          MAY 23rd, 2006
   *Defendants*                   :

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the

plaintiff, Maggie Gomez, and the defendants hereby stipulate to a dismissal with

prejudice of the above-captioned matter as to them, without any award of attorney's

fees or costs to any party.


                                    THE PLAINTIFF
                                    MAGGIE GOMEZ

Signed this 23rd day of May, 2006      BY:

                                    Michelle Holmes, Esq.
                                    Law Offices of Michelle Holmes,
LLC

                                    67 Holmes Avenue
                                    Waterbury, CT  06702
                                    Federal Bar. No. 20014
                                    Tel: (203) 596-1091
                                    Fax: (203) 596-1093
                                    E-mail: mholmes@mholmeslaw.com

THE DEFENDANTS
STATE OF CONNECTICUT,
DEPARTMENT OF
CORRECTION, ET AL.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

Signed this _9th_ day of ~~May~~ June, 2006    BY: _Margaret Q. Chapple_

Margaret Q. Chapple
Assistant Attorney General
Federal Bar No. ct05550
55 Elm Street - P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5340
Fax; (860) 808-5383
E-mail:
margaret.chapple@po.state.ct.us

## CERTIFICATION

This is to certify that a copy of the foregoing, Stipulation of Dismissal With Prejudice,

was mailed first-class, postage prepaid, on this 3rd day of July, 2006 to the following record of

counsel:

Diane Polan, Attorney
129 Church Street, Suite 802
New Haven, CT 06510

Michelle N. Holmes, Attorney
Law Office of Michelle N. Holmes
67 Holmes Avenue
Waterbury, CT 06702

Jane B. Emons, Assistant Attorney General
Office of the Attorney General
Employment Rights Department
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

Terrance M. O'Neill, Assistant Attorney General
Office of the Attorney General
110 Sherman Street
Hartford, CT 06105

Margaret Q. Chapple
Assistant Attorney General