UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
NANCY ORR, ET AL.                :
                                 :
                                 :
     v.                          :  CIV. NO. 3:02CV1368 (AHN)
                                 :
STATE OF CONNECTICUT,            :
DEPARTMENT OF CORRECTION,        :
ET AL.                           :
```

SCHEDULING ORDER

A discovery conference was held on July 14, 2006. This order memorializes the parties' agreements as well as the Court's ruling on pending issues.

1. Deposition Schedule

    Defendants will provide dates on witness availability for deposition by Friday, July 21, 2006.

2. Amended Complaint

    Plaintiffs will file an amended complaint by Monday, July 28, 2006.

3. Expert Witness

    Defendants will inform plaintiff's counsel whether they intend to disclose an expert by Monday, July 28, 2006.

4. Interrogatories and Requests for Production

    Defendants will supply answers to the outstanding interrogatories and requests for production by Monday, August 14, 2006, based on the limitations as to scope and other clarifications discussed at the conference.  Plaintiff

1

will propound and defendants will answer plaintiffs "new" interrogatories 15, 16, 17 and 18 by Monday, August 14, 2006.

Defendants object to interrogatory 8 and request for production 10 regarding affirmative defenses, arguing it seeks a legal conclusion and work product. If plaintiffs want to contest this objection after making efforts to work it out, they will file a motion with supporting authority by Friday, August 11, 2006. The Court will discuss this issue with counsel on Monday, August 14, 2006, at the conclusion of the scheduled settlement conference, and if it is not resolved, provide defendants with an opportunity to respond in writing before the Court rules.

Conference Schedule

A Follow-up telephone status conference will be held on Wednesday, September 6, 2006 at 2PM. Plaintiff's counsel agreed to send the Court and defendants' counsel a letter outlining what production remains outstanding with sufficient time for defendants' counsel to investigate and respond.

The parties are encouraged to contact the Court as issues arise so that these and other deadlines can be met.

SO ORDERED at Bridgeport this 19th day of July 2006.

_____/s/_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE