UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NANCY ORR, ET AL, <br> *Plaintiffs* | : | CIVIL NO. 3:02CV1368(AHN)(HBF) |
| v. | : | |
| STATE OF CONNECTICUT, <br> DEPARTMENT OF CORRECTION, <br> ET AL <br> *Defendants* | : | June 9, 2006 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the plaintiff, Nancy Orr, and the defendants hereby stipulate to a dismissal with prejudice of the above-captioned matter as to them, without any award of costs to any party.

Signed this 9th day of June, 2006　　BY:

THE PLAINTIFF
NANCY ORR

Diane Polan, Esq.
Law Offices of Diane Polan, LLC
129 Church Street, Suite 802
New Haven, CT 06510
Tel: (203) 865-5000
E-mail: diane.polan@snet.net

8

|  |  |
|---|---|
|  | THE DEFENDANTS<br>STATE OF CONNECTICUT,<br>DEPARTMENT OF CORRECTION,<br>ET AL.<br><br>RICHARD BLUMENTHAL<br>ATTORNEY GENERAL |
| Signed this 24th day of ~~May~~ July, 2006    BY: | *[signature]*<br>Margaret Q. Chapple<br>Assistant Attorney General<br>Federal Bar No. ct05550<br>55 Elm Street - P.O. Box 120<br>Hartford, CT  06141-0120<br>Tel: (860) 808-5340<br>E-mail: margaret.chapple@po.state.ct.us |

9

## CERTIFICATION

This is to certify that a copy of the foregoing Stipulation of Dismissal With Prejudice, was mailed first-class, postage prepaid, on this 24th day of July, 2006, to the following record of counsel:

Diane Polan, Attorney
129 Church Street, Suite 802
New Haven, CT 06510

Michelle N. Holmes, Attorney
Law Office of Michelle N. Holmes
67 Holmes Avenue
Waterbury, CT 06702

Jane B. Emons, Assistant Attorney General
Office of the Attorney General
Employment Rights Department
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

Terrance M. O'Neill, Assistant Attorney General
Office of the Attorney General
110 Sherman Street
Hartford, CT 06105

_____
Margaret Q. Chapple
Assistant Attorney General