UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

NANCY ORR, ET AL.                :
                                 :
                                 :
    v.                           :   CIV. NO. 3:02CV1368 (AHN)
                                 :
STATE OF CONNECTICUT,            :
DEPARTMENT OF CORRECTION,        :
ET AL.                           :


                          SCHEDULING ORDER

    A telephone conference was held on August 9, 2006. This order memorializes the parties' agreements as well as the Court's ruling on pending issues.


1. <u>Motion to Delay Disclosure of Expert</u>

    Pursuant to the Court's July 17, 2006, Scheduling Order, defendants were to inform plaintiff's counsel whether they intended to disclose an expert by Monday, July 28, 2006. [Doc. #114 at 1]. This telephone conference was scheduled at the request of plaintiff's counsel to address why defendants did not meet this scheduled deadline for disclosure. After discussion, defendants stated that they seek additional time and will state their reasons in writing. Accordingly, defendants' will file a motion to delay disclosure of expert witness on or before Friday, August 11, 2006. Plaintiff's response is due on or before Friday, August 25, 2006.

2. Amended Complaint

   Plaintiffs will file an amended complaint by Monday, August 28, 2006.

   Conference Schedule

   A Follow-up telephone status conference will be held on Wednesday, September 6, 2006 at 2PM.  Plaintiff's counsel agreed to send the Court and defendants' counsel a letter outlining what production remains outstanding with sufficient time for defendants' counsel to investigate and respond.

   The parties are encouraged to contact the Court as issues arise so that these and other deadlines can be met.

   SO ORDERED at Bridgeport this 9th day of August 2006.

```
                              _____/s/_____
                              HOLLY B. FITZSIMMONS
                              UNITED STATES MAGISTRATE JUDGE
```