UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| NANCY ORR, ET AL., | :CIVIL NO. 3:02CV1368 (AHN)(HBF) |
| v. | : |
| STATE OF CONNECTICUT<br>DEPARTMENT OF CORRECTION,<br>ET AL., | :<br>:<br>:AUGUST 11, 2006 |

## MOTION FOR ENLARGEMENT OF TIME

The defendants hereby move for an enlargement of time, to and including December 1, 2006, in which to disclose their expert witnesses. In support of this motion, the undersigned represents the following:

1. On May 22, 2006, I took the deposition of the plaintiff's expert, Michelle Paludi, Ph.D., and received a transcript of that deposition approximately 2-3 weeks thereafter.

2. Since taking that deposition, at least four of the original plaintiffs in this action (Doreen Evans, Maggie Gomez, Patricia Katz and Nancy Orr) have settled their cases. In addition, the remaining plaintiffs have scheduled settlement conferences with the court between August and October, 2006.

3. The defendants' efforts to retain experts will be costly. Currently, the defendants anticipate retaining two experts in the fields of human resources and workplace sexual harassment, and to render their opinions, these experts will need to review several thousand pages of documents, travel to Connecticut to meet with counsel and correctional staff, conduct workplace surveys and write their expert reports. The experts the undersigned has contacted charge $250 to $300 per hour for their services.

4. In addition to services in this litigation, the defendants may require expert witnesses to defend the companion matter, Allen v. Armstrong, No. 3:02CV1370 (AHN), and possibly, to provide services upon the expiration of the Stipulated Agreement entered into by the parties to this and the Allen matter. Understanding that this matter is running on a different schedule, it is nonetheless important for the defendants to work efficiently and economically when retaining experts to perform services as described above.

5. The defendants are not aware of any prejudice to the plaintiffs. Once discovery is completed, the defendants expect to file dispositive motions as to each plaintiffs' claims. No trial date has been scheduled as of the filing of this motion.

6. As the Court is aware from the parties' August 9, 2006, telephone conference, plaintiff's counsel objects to this motion. This is the defendants' first motion for an enlargement of time to disclose experts, although the scheduling order in this matter has been amended on several occasions, formally and informally, as a result of discussions with the court.

WHEREFORE, for the foregoing reasons, the defendants motion for an enlargement of time should be granted.

        DEFENDANTS:
        STATE OF CONNECTICUT, ET AL.

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL


BY:     /s/
        Terrence M. O'Neill
        Assistant Attorney General
        110 Sherman Street
        Hartford, CT  06105
        Federal Bar #ct10835
        E-Mail: terrence.oneill@po.state.ct.us
        Tel: (860) 808-5450
        Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 11th day of August, 2006:

Michelle Holmes
Law Offices of Michelle Holmes
67 Holmes Avenue
Waterbury, CT 06702

_____/s/_____
Terrence M. O'Neill
Assistant Attorney General