UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NEVA LLOYD, PATRICIA KATZ | : | CIVIL ACTION NO. |
| MAGGIE GOMEZ, DEBRA SHOLES | : | 3:02CV1368(AHN)(HBF) |
| DEVIJI WILKINS, SHARON | : | |
| THOMAS and IDA TERRY, | : | |
|     Plaintiffs, | : | |
| | : | |
| VS. | : | |
| | : | |
| STATE OF CONNECTICUT, DEPARTMENT | : | |
| OF CORRECTIONS, et al. | : | |
|     Defendants. | : | AUGUST 15, 2006 |

PLAINTIFF'S MOTION FOR ATTORNEY'S FEES

On July 19, 2006, the Court ordered defendants to inform plaintiff's counsel whether they intended to disclose an expert by July 28, 2006. On Friday, July 28, 2006, counsel for defendants requested that the undersigned agree to an extension of that date until August 4, 2006, because of vacation schedules. That request was denied and a motion for extension was never filed. On August 8, 2006, the undersigned requested that defendants comply with the Court's order. Counsel for defendants refused to comply forcing counsel for plaintiffs to schedule a telephonic conference with the Court. See attached emails. On August 9, 2006, a telephone conference was held with the Court where defense counsel acknowledged that they intended to disclose an expert.

The undersigned respectfully requests that she be awarded attorney's fees in connection with defendants' failure to comply with the Court's order in a timely manner, and continued refusal to respond to the undersigned's requests that they do so. Requiring counsel to spend time requesting that defendants comply with a simple order and then going so far as to necessitate a telephone conference with the Court and three attorney general's is absolutely unnecessary and more importantly, totally unprofessional. The total time required to address this issue, including the time it took to prepare and file this motion, is two hours. This certainly could have been avoided by the very small effort on the part of the Attorney General's office by simply indicating "yes we intend to call an expert." The undersigned charges $200.00 hourly and respectfully requests that she be reimbursed in the amount of $400.00 for her time.

        PLAINTIFFS,

    BY_____
        Michelle Holmes
        Federal Bar No.: ct20014
        Law Office of Michelle N. Holmes
        67 Holmes Avenue
        Waterbury, CT 06702
        203-596-1091
        203-586-1093(fax)
        mholmes@mholmeslaw.com

CERTIFICATION

       This is to certify that a copy of the foregoing has been mailed postage prepaid to the following counsel of record this 15th day of August, 2006:

Margaret Q. Chapple, Esquire
Jane B. Emons, Esquire
Assistant Attorney General
Attorney General's Office
55 Elm Street, Box 120
Hartford, CT  06141-0120

Terrence M. O'Neill, Esquire
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, CT  06105-2294

                                                                                                     Michelle Holmes