UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NANCY ORR, ET AL. : CIVIL ACTION NO. 3:02CV1368(AHN)(HBF) |
| *Plaintiffs* : |
| : |
| v. : |
| : |
| STATE OF CONNECTICUT, : |
| DEPARTMENT OF CORRECTION, : |
| ET AL : |
| *Defendants* : AUGUST 15, 2006 |

## APPEARANCE

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for the defendant State of Connecticut, Department of Correction in the above-captioned case.

Dated at Hartford, Connecticut, this 15th day of August, 2006.

                                                DEFENDANTS
                                                STATE OF CONNECTICUT, DEPARTMENT
                                                OF CORRECTION, ET. AL

                                                RICHARD BLUMENTHAL
                                                ATTORNEY GENERAL

BY: _/s/ Maura Murphy Osborne_
                                                Maura Murphy Osborne
                                                Assistant Attorney General
                                                Federal Bar No. ct19987
                                                55 Elm Street
                                                P.O. Box 120
                                                Hartford, CT  06141-0120
                                                Tel: (860) 808-5020
                                                Fax: (860) 808-5347
                                                Maura.MurphyOsborne@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing was served in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 15th day of August, 2006 to:

**Diane Polan**
129 Church St.
Suite 802
New Haven, CT 06510
203-865-5000
Email: diane.polan@snet.net

**Michelle N. Holmes** (via hand delivery)
Law Office of Michelle N. Holmes
67 Holmes Ave.
Waterbury, CT 06702
203-596-1091
Fax: 203-596-1093
Email: mholmes@mholmeslaw.com

**Nancy A. Brouillet, AAG**
**Margaret Q. Chapple, AAG**
**Jane B. Emons, AAG**
**Terrence M. O'Neill, AAG**
Office of the Attorney General
PO Box 120
Hartford, CT 06141-0120
860-808-5340

Maura Murphy Osborne
Assistant Attorney General