UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NANCY ORR, ET AL, <br> *Plaintiffs* | : CIVIL NO. 3:02CV1368(AHN)(HBF) <br> : <br> : |
| v. | : <br> : |
| STATE OF CONNECTICUT, <br> DEPARTMENT OF CORRECTION, <br> ET AL <br> *Defendants* | : <br> : <br> : JULY 26, 2006 <br> : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the plaintiff, Sharon Thomas, and the defendants hereby stipulate to a dismissal with prejudice of the above-captioned matter as to them, without any award of attorney's fees or costs to any party.

THE PLAINTIFF
SHARON THOMAS

Signed this 26th day of July, 2006        BY: _____
Michelle Holmes, Esq.
Law Offices of Michelle Holmes, LLC
67 Holmes Avenue
Waterbury, CT 06702
Federal Bar. No. ct20014
Tel: (203) 596-1091
Fax: (203) 596-1093
E-mail: mholmes@mholmeslaw.com

|  |  |
|---|---|
|  | THE DEFENDANTS<br>STATE OF CONNECTICUT,<br>DEPARTMENT OF CORRECTION,<br>ET AL.<br><br>RICHARD BLUMENTHAL<br>ATTORNEY GENERAL |
| Signed this 23rd day of August, 2006    BY: | */s/ Jane B. Emons*<br>Jane B. Emons<br>Assistant Attorney General<br>Federal Bar No. 16515<br>55 Elm Street<br>P.O. Box 120<br>Hartford, CT 06141-0120<br>Tel: (860) 808-5340<br>Fax: (860) 808-5383<br>E-Mail Address:<br>jane.emons@po.state.ct.us |

## CERTIFICATION

I hereby certify that a copy of the foregoing **Stipulation of Dismissal with Prejudice** was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 23rd day of August, 2006, first class postage prepaid to:

Michelle Holmes, Esq.
Law Offices of Michelle Holmes, LLC
67 Holmes Avenue
Waterbury, CT  06702

Jane B. Emons
Assistant Attorney General