UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NEVA LLOYD, et al. | : CIVIL ACTION NO. |
|     Plaintiffs, | : 3:02CV1368(AHN)(HBF) |
| | : |
| | : |
| VS. | : |
| | : |
| STATE OF CONNECTICUT, DEPARTMENT OF | : |
| CORRECTION, et al. | :AUGUST 28, 2006 |
|     Defendants. | |

## PLAINTIFFS' OPPOSITION TO DEFENDANTS' DISCLOSURE OF EXPERT WITNESS

The plaintiffs in this action oppose defendants' request to disclose and expert witness in this case out of time. Plaintiffs' expert witness was disclosed on September 2, 2003. Defendants have repeatedly and purposefully prolonged discovery in this case, refusing to take the expert's deposition, until May 22, 2006. Many scheduling orders have been entered by the Court, including, the April 2006 order that all depositions be concluded by August 1, 2006. Defendants ignore these deadlines with no ramification. Defendants now request that they be allowed yet an additional six months in which to disclose their expert witness. This would not include the months of time needed for plaintiffs to review the report and take a deposition. Additionally, plaintiffs' expert will likely need to offer a supplemental analysis based on any expert disclosed by defendants, now more than three years since plaintiffs disclosed theirs.

To complain about the cost, and the involvement of the <u>Allen</u> case, is farcical and has absolutely no bearing on the need to move the instant case along. While three of the plaintiffs settled their claims, no good faith effort on the part of defendants exists for the remaining plaintiffs to believe that settlement is likely in their case. Defendants had three years to disclose an expert and simply did not do so.

WHEREFORE, based on the foregoing, plaintiffs request that defendants request to disclose an expert witness now or in December be denied

                              PLAINTIFFS

                              BY_____
                                 Michelle N. Holmes

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed on this 28TH day of August, 2006, to the following counsel of record:

Margaret Q. Chapple, Esquire
Jane B. Emons, Esquire
55 Elm Street, Box 120
Hartford, CT  06141-0120

Terrence M. O'Neill, Esquire
MacKenzie Hall
110 Sherman Street
Hartford, CT  06105-2294

                            _____
                            Michelle N. Holmes