```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
```

|  |  |
|---|---|
| NANCY ORR, ET AL | : |
| v. | : CIV. NO. 3:02CV1368 (AHN) |
| STATE OF CONNECTICUT,<br>DEPARTMENT OF CORRECTION,<br>ET AL | : |

SCHEDULING ORDER

A telephone conference was held on the record on September 6, 2006. This order memorializes the parties' agreements as well as the Court's ruling on pending issues, motions and deadlines. It does not address the issue of sanctions for violating prior orders.

1. Defendants' Motion for Enlargement of Time **[Doc. #120]**

Defendants seek an enlargement of time to December 1, 2006, to disclose their two experts in the fields of human resources and workplace sexual harassment. The motion is **DENIED**. On July 19, 2006, this Court ordered defendants to inform plaintiff's counsel by Monday, July 28, 2006, whether they intended to disclose an expert [doc. #114]. Defendants missed this deadline. Instead, plaintiffs' counsel contacted defendants' counsel and the Court seeking enforcement of the Court's order; another telephone conference was held on August 9, 2006, and another scheduling order issued on August 11, 2006 [doc. #118].

Defendants' motion for enlargement of time was filed on August 14, 2006 [doc. #120].

In the ordinary course, absent an objection, if defendants had complied with the Court ordered July 28 deadline, the Court would have set a deadline for the disclosure of defendants' experts within sixty (60) days.  With this in mind, defendants will disclose their experts sixty (60) days from July 28, 2006, or by **October 2, 2006.** No further extensions of time will be granted unless for good cause shown.  Plaintiffs will depose defendants' experts by **Friday, November 3, 2006.**

Plaintiffs will disclose any supplemental opinion of their expert witness on or before **Monday, December 4, 2006.**

2.   Supplemental Discovery Responses

Defendants will mail to plaintiffs' counsel all supplemental discovery responses in their possession today, **September 6, 2006.** The remaining responses will be produced by the Department of Correction, including the Affirmative Action Office by **Friday, September 8, 2006.**

3.   Fact Discovery

The parties agreed that Peggy Chapple and a member of her support staff will coordinate the scheduling of depositions from the defendants' side.  Defendants will provide plaintiffs will dates for the Terrasio and Pierson depositions. Plaintiffs' counsel will compile a final deposition list and provide it to Attorney Chapple for scheduling.

Depositions of fact witnesses will be completed by **Monday, October 23, 2006.** There will be no further extensions of this deadline unless the parties agree, or the court orders an extension based on a specific schedule.

4. <u>Amended Complaint</u>

Plaintiff will file an amended complaint on or before **Monday, October 30, 2006.**

5. <u>Motion to Dismiss</u>

Defendants will file a motion to dismiss on or before **Friday, September 22, 2006.** Plaintiffs' response is due on **Monday, October 2, 2007.**

6. <u>Close of Discovery</u>

All discovery will close on **Tuesday, January 2, 2007.**

7. <u>Summary Judgment Motion</u>

Summary judgment motion(s) are due on or before **Friday, February 2, 2007.** Responses are due on **Friday, February 23, 2007,** together will any <u>Daubert</u> motion to challenge defendants' expert witnesses. Defendants will file any <u>Daubert</u> motion to challenge plaintiffs' expert witness by **Friday, March 2, 2007.**

SO ORDERED at Bridgeport, this 6th day of September 2006.

```
        /s/
_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE
```