UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NEVA LLOYD, et al. | : CIVIL ACTION NO. |
|     Plaintiffs, | : 3:02CV1368(AHN)(HBF) |
| | : |
| | : |
| VS. | : |
| | : |
| STATE OF CONNECTICUT, DEPARTMENT OF | : |
| CORRECTION, et al. | :SEPTEMBER 14, 2006 |
|     Defendants. | |

## PLAINTIFFS' MOTION FOR CLARIFICATION

On September 14, 2006, the parties received electronic notification of the Court's September 6, 2006, Scheduling Order and Ruling on pending issues, motions and deadlines, [Doc. 128].  In that ruling, the Court ordered defendants to "disclose their experts sixty (60) days from July 28, 2005, or by October 2, 2006.  Sixty days from July 28, 2006, would be September 27, 2006, not October 2, 2006.  Plaintiffs respectfully request that the Court clarify its ruling on this issue.

                        PLAINTIFFS

    BY_____
                Michelle N. Holmes
                Federal Bar Number: ct20014
                67 Holmes Avenue
                Waterbury, CT  06702
                203-596-1091
                203-596-1093(fax)

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was mailed on this 14th day of September, 2006, to the following counsel of record:

Margaret Q. Chapple, Esquire
Jane B. Emons, Esquire
55 Elm Street, Box 120
Hartford, CT  06141-0120

Terrence M. O'Neill, Esquire
MacKenzie Hall
110 Sherman Street
Hartford, CT  06105-2294

 

_____
Michelle N. Holmes

**LAW OFFICE OF MICHELLE N. HOLMES**
67 HOLMES AVENUE • WATERBURY CT 06702 • JURIS NO. 416347 • TEL: (203) 596-1091 • FAX: (203) 596-1093