OCT 16 2006

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Nancy Orr, et. al
vs.
Neil Kearney, et. al.

**APPEARANCE**

CASE NUMBER: 3:02CV1368(ANH)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Neil Kearney

2006 OCT 20 P 12:12

13 October 2006
**Date**

_____
**Signature**

ct 16935
**Connecticut Federal Bar Number**

Angelica N. Papastavros
**Print Clearly or Type Name**

203-773-4999
**Telephone Number**

129 Church Street, Ste. 800
**Address**

203-773-4998
**Fax Number**

New Haven, CT. 06510

Angelicapapastavros@msn.com
**Email address**

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Michelle Holmes
67 Holmes Avenue
Waterbury, CT. 06702

Margaret Chapple
55 Elm Street
P.O. Box 120
Hartford, CT. 06141-0120

_____
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001