UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2006 OCT 19 P 2: 36

NANCY ORR, et al,  :  CIVIL NO. 3:02CV1368(AHN)(HBF)
   *Plaintiffs*  :
   :

STATE OF CONNECTICUT,
DEPARTMENT OF CORRECTION, et al,  :
   *Defendants*  :  OCTOBER 18, 20006

## MOTION TO MODIFY SCHEDULING ORDER

The defendants in the above-captioned civil action hereby move the Court to modify the scheduling order entered on September 13, 2006 in order to allow the parties until December 1, 2006 to complete depositions of fact witnesses.

In support of this motion, the undersigned counsel for the defendants represents as follows:

1. On September 13, 2006, the Court entered a scheduling order that provided, in relevant part, that "[d]epositions of fact witnesses will be completed by Monday, October 23, 2006. There will be no further extension of this deadline unless the parties agree, or the court orders an extension based on a specific schedule."

2. The parties have completed depositions of many fact witnesses and, until yesterday, had agreed to dates for other depositions, including some dates that were after October 23, 2006.

3. The defendants have scheduled the completion of the deposition of plaintiff Deviji Wilkins for October 20, 2006 and, at the request of Attorney Holmes, has provided dates in November 2006 for the deposition of the plaintiff, Ida Terry.

4. On September 28, 2006, plaintiffs' counsel, Michelle Holmes, requested that the undersigned provide her with dates in October for the depositions of Donald Kruk, Mike Bivens and Carl Jordan. She further represented that, "I do not believe that I will be taking any other depositions."

5. On October 12, 2006, the undersigned informed Attorney Holmes via e-mail that we could take the deposition of Mr. Kruk on October 18 and offered October 25 for the depositions of Mr. Bivens and Mr. Jordan.

6. On October 13, 2006, Attorney Holmes send an e-mail to the undersigned stating as follows: "The 25th for Bivens and Jordan is good. I will notice for one at 10:00 the other at say 2:00 but possibly starting earlier. I did not make this clear before but I intend to take Kruk's

deposition after I am finished with the others. So I still need date for Civitello. I also am going to subpoena a former OAA employee and I will let you know the date of her availability. Most likely I will take that deposition early November. My schedule is good in November so give me dates for Ida Terry."

       7. On that same date, the undersigned sent an e-mail to Attorney Holmes, asking her whether she would agree to a modification of the scheduling order, since the dates proposed for these depositions were beyond the deadline set forth in the scheduling order.

       8. On October 17, 2006, Attorney Holmes notified the undersigned by e-mail that she had scheduled the deposition of Joseph Civitello for October 23, 2006. Attorney Holmes did not consult with the counsel for the defendants to check on their availability for this deposition prior to scheduling it. She further informed the undersigned that she planned to take a second deposition of a non-party witness on that same date, October 23, that she is not going to take Mr. Kruk's deposition, that she intends to proceed with the depositions of Mr. Bivens and Mr. Jordan on October 25, 2006 and that she plans for further depositions after that.

       9. On October 17, 2006, the undersigned proposed two dates, November 3 or 7, (as requested by Attorney Holmes on October 13) for the defendants' counsel to take the deposition of the plaintiff, Ida Terry, but has not yet received a response from Attorney Holmes.

       10. Having agreed to conduct the depositions of Mr. Bivens and Mr. Jordan on October 25, 2006 and to schedule Ms. Terry's deposition in November, Attorney Holmes implicitly agreed to a modification of the previously scheduled deadline for deposing fact witnesses. However, on October 17, she informed the undersigned that she now does **not** consent to a modification of the scheduling order.

       11. A copy of the e-mail exchange between counsel is attached.

      Wherefore, the defendants move the Court to modify the scheduling order in this case and allow the parties until December 1, 2006 to complete depositions of fact witnesses in this case.

2

DEFENDANTS

RICHARD BLUMENTHAL
ATTORNEY GENERAL

By: _____
Margaret Q. Chapple
Assistant Attorney General
55 Elm Street
Hartford, CT 06106
Tel: (860) 808-5340
Federal Bar No. ct05550
Email: margaret.chapple@PO.STATE.CT.US

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed, postage prepaid, this 18th day of October, 2006, to the following:

Attorney Michelle N. Holmes
67 Holmes Avenue
Waterbury, CT 06702

_____
Margaret Q. Chapple
Assistant Attorney General

3

### Chapple, Margaret Q.

**From:** Michelle Holmes [mholmes@mholmeslaw.com]
**Sent:** Tuesday, October 17, 2006 3:15 PM
**To:** Chapple, Margaret Q.
**Subject:** RE: Joe Civitello

Do what ever you want Peggy. You already agreed to the dates we talked about so at least be accurate when you file your motion. Also, I never refused to give you a date for Terry. Rather, you once again in bad faith pretended to be interested in settlement and then failed to respond to any of my emails in a timely fashion and then when you do, claim you will not settle her case until she retires.

Be sure that I am going forward on Monday. Also I am willing to go forward tomorrow and you are refusing to do the depositions within the time frame therefore, I am going forward on the 25th since that is what you agreed to in writing.

I am not agreeing to any change of the scheduling order

---

**From:** Chapple, Margaret Q. [mailto:Margaret.Chapple@po.state.ct.us]
**Sent:** Tuesday, October 17, 2006 2:37 PM
**To:** Michelle Holmes
**Cc:** Emons, Jane B.; ONeill, Terrence M.
**Subject:** RE: Joe Civitello

You must have misunderstood me. We are not requesting that Bivens and Jordan be done on the 18th and we will not agree to moving them to the 18th. We will, however, be moving to modify the scheduling order. Thank you.

Peggy

---

**From:** Michelle Holmes [mailto:mholmes@mholmeslaw.com]
**Sent:** Tuesday, October 17, 2006 1:01 PM
**To:** Chapple, Margaret Q.
**Subject:** RE: Joe Civitello

I will do Bivens and Jordan on the 18th as you request. Please confirm. I will be going forward on the 23rd as that is when those individuals are available. Find one of the many attorneys that have an appearance in this case to show up.

---

**From:** Chapple, Margaret Q. [mailto:Margaret.Chapple@po.state.ct.us]
**Sent:** Tuesday, October 17, 2006 12:04 PM
**To:** Michelle Holmes
**Cc:** Emons, Jane B.; ONeill, Terrence M.
**Subject:** RE: Joe Civitello

Michelle,

We will be moving to modify the scheduling order, with or without your consent. The additional time is necessary for a couple of reasons. First, you have refused to provide us with a date for Ida Terry's deposition. In addition, we are not available on October 23rd for the depositions of Civitello and Labarge. Finally, we will not agree to the the depositions of Bivens and Jordan out of time. As you may recall, on October 12, we offered to do Don Kruk's deposition on October 18 and Bivens and Jordan on October 25. You chose the 25th for Bivens and Jordan and

then informed us that you would not be taking Kruk's deposition. You could have used the 18th for Bivens and Jordan. We are willing to considered extending the time for a shorter period, such as two weeks, rather than December 1, so long as we can agree on dates for the remaining depositions within that period of time.

Peggy

---

**From:** Michelle Holmes [mailto:mholmes@mholmeslaw.com]
**Sent:** Tuesday, October 17, 2006 10:34 AM
**To:** Chapple, Margaret Q.
**Subject:** RE: Joe Civitello

No, I am not going to take Kruk's depo. I will also be taking Renee Labarge's depo on the 23rd. You gave me the date for the other 2 for the 25th and that is fine or else I will do them this week if you prefer. Other than that I am done.

---

**From:** Chapple, Margaret Q. [mailto:Margaret.Chapple@po.state.ct.us]
**Sent:** Tuesday, October 17, 2006 10:34 AM
**To:** Michelle Holmes
**Subject:** RE: Joe Civitello

That's good news. Thanks for letting me know.

Do you consent to the modification of the scheduling order to allow until December 1 to complete depositions of fact witnesses?

Peggy

---

**From:** Michelle Holmes [mailto:mholmes@mholmeslaw.com]
**Sent:** Tuesday, October 17, 2006 10:16 AM
**To:** Chapple, Margaret Q.
**Subject:** Joe Civitello

I spoke with Mr. Civitello today and he is available for his deposition on Monday, the 23rd starting at 2:00 p.m. I am serving him with a subpoena today, I will fax a copy to you for your records and as notice of the deposition.

10/18/2006