**Chapple, Margaret Q.**

**From:** Michelle Holmes [mholmes@mholmeslaw.com]
**Sent:** Tuesday, October 17, 2006 3:15 PM
**To:** Chapple, Margaret Q.
**Subject:** RE: Joe Civitello

Do what ever you want Peggy. You already agreed to the dates we talked about so at least be accurate when you file your motion. Also, I never refused to give you a date for Terry. Rather, you once again in bad faith pretended to be interested in settlement and then failed to respond to any of my emails in a timely fashion and then when you do, claim you will not settle her case until she retires.

Be sure that I am going forward on Monday. Also I am willing to go forward tomorrow and you are refusing to do the depositions within the time frame therefore, I am going forward on the 25th since that is what you agreed to in writing.

I am not agreeing to any change of the scheduling order

---

**From:** Chapple, Margaret Q. [mailto:Margaret.Chapple@po.state.ct.us]
**Sent:** Tuesday, October 17, 2006 2:37 PM
**To:** Michelle Holmes
**Cc:** Emons, Jane B.; ONeill, Terrence M.
**Subject:** RE: Joe Civitello

You must have misunderstood me. We are not requesting that Bivens and Jordan be done on the 18th and we will not agree to moving them to the 18th. We will, however, be moving to modify the scheduling order. Thank you.

Peggy

---

**From:** Michelle Holmes [mailto:mholmes@mholmeslaw.com]
**Sent:** Tuesday, October 17, 2006 1:01 PM
**To:** Chapple, Margaret Q.
**Subject:** RE: Joe Civitello

I will do Bivens and Jordan on the 18th as you request. Please confirm. I will be going forward on the 23rd as that is when those individuals are available. Find one of the many attorneys that have an appearance in this case to show up.

---

**From:** Chapple, Margaret Q. [mailto:Margaret.Chapple@po.state.ct.us]
**Sent:** Tuesday, October 17, 2006 12:04 PM
**To:** Michelle Holmes
**Cc:** Emons, Jane B.; ONeill, Terrence M.
**Subject:** RE: Joe Civitello

Michelle,

We will be moving to modify the scheduling order, with or without your consent. The additional time is necessary for a couple of reasons. First, you have refused to provide us with a date for Ida Terry's deposition. In addition, we are not available on October 23rd for the depositions of Civitello and Labarge. Finally, we will not agree to the the depositions of Bivens and Jordan out of time. As you may recall, on October 12, we offered to do Don Kruk's deposition on October 18 and Bivens and Jordan on October 25. You chose the 25th for Bivens and Jordan and

10/19/2006

then informed us that you would not be taking Kruk's deposition. You could have used the 18th for Bivens and Jordan. We are willing to considered extending the time for a shorter period, such as two weeks, rather than December 1, so long as we can agree on dates for the remaining depositions within that period of time.

Peggy

---

**From:** Michelle Holmes [mailto:mholmes@mholmeslaw.com]
**Sent:** Tuesday, October 17, 2006 10:34 AM
**To:** Chapple, Margaret Q.
**Subject:** RE: Joe Civitello

No, I am not going to take Kruk's depo. I will also be taking Renee Labarge's depo on the 23rd. You gave me the date for the other 2 for the 25th and that is fine or else I will do them this week if you prefer. Other than that I am done.

---

**From:** Chapple, Margaret Q. [mailto:Margaret.Chapple@po.state.ct.us]
**Sent:** Tuesday, October 17, 2006 10:34 AM
**To:** Michelle Holmes
**Subject:** RE: Joe Civitello

That's good news. Thanks for letting me know.

Do you consent to the modification of the scheduling order to allow until December 1 to complete depositions of fact witnesses?

Peggy

---

**From:** Michelle Holmes [mailto:mholmes@mholmeslaw.com]
**Sent:** Tuesday, October 17, 2006 10:16 AM
**To:** Chapple, Margaret Q.
**Subject:** Joe Civitello

I spoke with Mr. Civitello today and he is available for his deposition on Monday, the 23rd starting at 2:00 p.m. I am serving him with a subpoena today, I will fax a copy to you for your records and as notice of the deposition.

10/19/2006

## Chapple, Margaret Q.

**From:** Michelle Holmes [mholmes@mholmeslaw.com]
**Sent:** Tuesday, October 17, 2006 10:34 AM
**To:** Chapple, Margaret Q.
**Subject:** RE: Joe Civitello

No, I am not going to take Kruk's depo. I will also be taking Renee Labarge's depo on the 23rd. You gave me the date for the other 2 for the 25th and that is fine or else I will do them this week if you prefer. Other than that I am done.

---

**From:** Chapple, Margaret Q. [mailto:Margaret.Chapple@po.state.ct.us]
**Sent:** Tuesday, October 17, 2006 10:34 AM
**To:** Michelle Holmes
**Subject:** RE: Joe Civitello

That's good news. Thanks for letting me know.

Do you consent to the modification of the scheduling order to allow until December 1 to complete depositions of fact witnesses?

Peggy

---

**From:** Michelle Holmes [mailto:mholmes@mholmeslaw.com]
**Sent:** Tuesday, October 17, 2006 10:16 AM
**To:** Chapple, Margaret Q.
**Subject:** Joe Civitello

I spoke with Mr. Civitello today and he is available for his deposition on Monday, the 23rd starting at 2:00 p.m. I am serving him with a subpoena today, I will fax a copy to you for your records and as notice of the deposition.