UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NANCY ORR, ET AL, *Plaintiffs* | : | CIVIL NO. 3:02CV1368(AHN)(HBF) |
| v. | : | |
| STATE OF CONNECTICUT, DEPARTMENT OF CORRECTION, ET AL *Defendants* | : | JANUARY 2, 2007 ~~NOVEMBER 16, 2006~~ |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the plaintiff, Ida Terry, and the defendants hereby stipulate to a dismissal with prejudice of the above-captioned matter as to them, without any award of attorney's fees or costs to any party.

Signed this 16th day of November, 2006  BY:

THE PLAINTIFF
IDA TERRY

_____
Michelle N. Holmes
Law Offices of Michelle N. Holmes
67 Holmes Avenue
Waterbury, CT 06702
Fed. Bar No. ct20014
Tel: (203) 596-1091
Fax: (203) 596-1093
E-mail: mholmes@mholmeslaw.com

THE DEFENDANTS
STATE OF CONNECTICUT,
DEPARTMENT OF CORRECTION,
ET AL.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

Signed this 14th day of ~~November~~ DECEMBER, 2006   BY: /s/ Margaret Q. Chapple

Margaret Q. Chapple
Assistant Attorney General
Federal Bar No. ct05550
55 Elm Street - P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
E-mail: margaret.chapple@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing **Stipulation of Dismissal With Prejudice** was mailed first-class, postage prepaid, on this 2nd day of January, 2007, to the following counsel of record:

Michelle N. Holmes, Attorney
Law Office of Michelle N. Holmes
67 Holmes Avenue
Waterbury, CT 06702

Jane B. Emons, Assistant Attorney General
Office of the Attorney General
Employment Rights Department
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

Terrance M. O'Neill, Assistant Attorney General
Office of the Attorney General
110 Sherman Street
Hartford, CT 06105

Margaret Q. Chapple
Assistant Attorney General