## EXHIBIT A



### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

2001 MAR -1  P 12: 37

DISTRICT COURT

| | | |
|---|---|---|
| NANCY ORR, ET AL,<br>*Plaintiffs* | : | CIVIL NO. 3:02CV1368(AHN)(HBF) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT,<br>DEPARTMENT OF CORRECTION,<br>ET AL<br>*Defendants* | :<br>:<br>:<br>:<br>: | FEBRUARY 2, 2007 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the plaintiff, Neva Lloyd, and the defendants hereby stipulate to a dismissal with prejudice of the above-captioned matter as to them, without any award of attorney's fees or costs to any party.

THE PLAINTIFF
NEVA LLOYD

Signed this 2nd day of February, 2007   BY:

Michelle N. Holmes
Law Offices of Michelle N. Holmes
67 Holmes Avenue
Waterbury, CT  06702
Fed. Bar No. ct20014
Tel: (203) 596-1091
Fax: (203) 596-1093
E-mail: mholmes@mholmeslaw.com

## CERTIFICATION

I hereby certify that a copy of the foregoing **Stipulation of Dismissal With Prejudice** was mailed first-class, postage prepaid, on this 27th of February, 2007, to the following counsel of record:

Michelle N. Holmes, Attorney
Law Office of Michelle N. Holmes
67 Holmes Avenue
Waterbury, CT  06702

And by Interdepartmental mail to:

Jane B. Emons, Assistant Attorney General
Office of the Attorney General
Employment Rights Department
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120

Terrance M. O'Neill, Assistant Attorney General
Office of the Attorney General
110 Sherman Street
Hartford, CT  06105

Margaret Q. Chapple
Assistant Attorney General

2