## EXHIBIT A

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| NANCY ORR, ET AL, *Plaintiffs* | CIVIL NO. 3:02CV1368(AHN)(HBF) |
| v. | |
| STATE OF CONNECTICUT, DEPARTMENT OF CORRECTION, ET AL *Defendants* | FEBRUARY 28, 2007 |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the plaintiff, Deviji Wilkins, and the defendants hereby stipulate to a dismissal with prejudice of the above-captioned matter as to them, without any award of attorney's fees or costs to any party.

Signed this 28th day of February, 2007   BY:

THE PLAINTIFF
DEVIJI WILKINS

Michelle N. Holmes
Law Offices of Michelle N. Holmes
67 Holmes Avenue
Waterbury, CT 06702
Fed. Bar No. ct20014
Tel: (203) 596-1091
Fax: (203) 596-1093
E-mail: mholmes@mholmeslaw.com

                          THE DEFENDANTS
                          STATE OF CONNECTICUT,
                          DEPARTMENT OF CORRECTION,
                          ET AL.

                          RICHARD BLUMENTHAL
                          ATTORNEY GENERAL

Signed this 5th day of April, 2007    BY: _____
                          Margaret Q. Chapple
                          Assistant Attorney General
                          Federal Bar No. ct05550
                          55 Elm Street - P.O. Box 120
                          Hartford, CT  06141-0120
                          Tel: (860) 808-5340
                          Fax: (860) 808-3583
                          E-mail: margaret.chapple@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing **Stipulation of Dismissal With Prejudice** was mailed first-class, postage prepaid, on this 5th day of April, 2007, to the following counsel of record:

Michelle N. Holmes, Attorney
Law Office of Michelle N. Holmes
67 Holmes Avenue
Waterbury, CT 06702

and by Interdepartmental mail to:

Jane B. Emons, Assistant Attorney General
Office of the Attorney General
Employment Rights Department
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

Terrance M. O'Neill, Assistant Attorney General
Office of the Attorney General
110 Sherman Street
Hartford, CT 06105

_____
Margaret Q. Chapple
Assistant Attorney General