**EXHIBIT A**

**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| NANCY ORR, ET AL, *Plaintiffs* | : | CIVIL NO. 3:02CV1368(AHN)(HBF) |
| v. | : | |
| STATE OF CONNECTICUT, DEPARTMENT OF CORRECTION, ET AL *Defendants* | : | FEBRUARY 28, 2007 |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the plaintiff, Debra Sholes, and the defendants hereby stipulate to a dismissal with prejudice of the above-captioned matter as to them, without any award of attorney's fees or costs to any party.

THE PLAINTIFF
DEBRA SHOLES

Signed this 28th day of February, 2007  BY: _____
Michelle N. Holmes
Law Offices of Michelle N. Holmes
67 Holmes Avenue
Waterbury, CT 06702
Fed. Bar No. ct20014
Tel: (203) 596-1091
Fax: (203) 596-1093
E-mail: mholmes@mholmeslaw.com

|  |  |
|---|---|
| Signed this 5th day of April, 2007 | THE DEFENDANTS<br>STATE OF CONNECTICUT,<br>DEPARTMENT OF CORRECTION,<br>ET AL.<br><br>RICHARD BLUMENTHAL<br>ATTORNEY GENERAL<br><br>BY: _/s/ Margaret Q. Chapple_<br>Margaret Q. Chapple<br>Assistant Attorney General<br>Federal Bar No. ct05550<br>55 Elm Street - P.O. Box 120<br>Hartford, CT 06141-0120<br>Tel: (860) 808-5340<br>Fax: (860) 808-3583<br>E-mail: margaret.chapple@po.state.ct.us |

## CERTIFICATION

I hereby certify that a copy of the foregoing **Stipulation of Dismissal With Prejudice** was mailed first-class, postage prepaid, on this 5th day of April, 2007, to the following counsel of record:

Michelle N. Holmes, Attorney
Law Office of Michelle N. Holmes
67 Holmes Avenue
Waterbury, CT 06702

and by Interdepartmental mail to:

Jane B. Emons, Assistant Attorney General
Office of the Attorney General
Employment Rights Department
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

Terrance M. O'Neill, Assistant Attorney General
Office of the Attorney General
110 Sherman Street
Hartford, CT 06105

_____
Margaret Q. Chapple
Assistant Attorney General